IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RONALD WEAREN,

    Plaintiff,

v.                            Civil Action No. 3:19CV43

RAPPAHANNOCK REGIONAL JAIL, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 18, 2019, the Court conditionally docketed this action filed by Ronald Wearen.

On March 25, 2019, the United States Postal Service returned the March 18, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Wearen has not contacted the Court to provide a current address. Wearen's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Wearen.

                                        /s/     REP

                              Robert E. Payne

Date: April 2, 2019      Senior United States District Judge
Richmond, Virginia